**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN THE MATTER OF:    Case No.: **18-52867-TJT**
                     Chapter **13**
    **Michael D. Preski**    Honorable **Thomas J. Tucker**
and  **Margo L. DeLeon**

Debtors.

## WITHDRAWAL OF PROOF OF CLAIM FILED ON BEHALF OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIMS REGISTER #15)

**NOW COMES** Debtor, Michael D. Preski and Margo L. DeLeon, by and through attorney, Joseph L. Grima & Associates, P.C., for the purpose of withdrawing the Proof of Claim filed on behalf of Michigan Department of Treasury (PACER Claims Register #15) for the reason that the claim was filed in the incorrect case.

Respectfully submitted,

Joseph L. Grima & Associates, P.C.

Date:   August 20, 2020

sws

/s/ Joseph L. Grima
JOSEPH L. GRIMA (P 44756)
Attorney for Debtors
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422
grimalaw@gmail.com