# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN THE MATTER OF:

**Michael D. Preski**
and **Margo L. DeLeon**

Debtors.

Case No.**: 18-52867-TJT**
Chapter **13**
Honorable **Thomas J. Tucker**

---

**JOSEPH L. GRIMA (P 44756)**
Attorney for Debtors
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422

---

### CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION
### UNDER 1329(d) – CARES ACT
### TO INCREASE PLAN LENGTH

Debtors Michael D. Preski and Margo L. DeLeon by and through their counsel, Joseph L. Grima & Associates, P.C., have filed papers with the Court to modify their confirmed Chapter 13 Plan.

1.   On September 20, 2018, Debtors filed a joint Petition under Chapter 13 of Title 11, United States Bankruptcy Code.   An Order Confirming Plan was entered on December 12, 2018.

2.   Debtors' confirmed Plan provides for a Plan length of 60 months and a **100% dividend** to Class 9 General Unsecured creditors.

3.   Debtor Michael Preski is unemployed, and has been unemployed since prior to the filing of this Chapter 13 Bankruptcy.   He has no income of his own whatsoever.   Debtor Margo L. DeLeon ("DeLeon") is the only Debtor in this Chapter 13 who is employed.   The Chapter 13 Plan payments are being made solely by DeLeon.

4.   DeLeon is employed at Ford Motor Company.

5.   Ford Motor Company is experiencing severe material shortages due to the COVID-19 pandemic (the "chip" shortage).

6.   Due to these material shortages, DeLeon has been experiencing periodic "lay offs" from her employment since April of 2020.   These "lay offs" have resulted in a Plan payment delinquency. [1]

7.   As a result of these lay offs, Debtors have accumulated a delinquency in Plan payments of $9,018 and the Plan is completing in excess of 60 months.

8.   The CARES Act, signed into law March 27, 2020, and currently in effect, allows Debtors to extend a 60 month Plan by up to an additional 24 months if their Plan confirmed prior to March 27, 2020 (as is the case here) and the cause of the delinquency is the COVID-19 pandemic, (as is also the case here).

---

[1] DeLeon is unsure of when Ford Motor Company will have these material shortages resolved or when the periodic "lay offs" will end.   Once the material shortages are resolved, the periodic lay offs should end, and   DeLeon would not miss any more Plan payments due to the material shortage issue.

9.    Debtors propose that Debtors' Plan length be increased from 60 months to 84 months to allow Debtors to still provide a 100% dividend to Class 9 General Unsecured creditors.

10.   This Plan will negatively impact creditors in Classes 2 through 9 as the Plan length will be extended to 84 months.   However, Class 9 General Unsecured creditors will still receive a 100% dividend under this modification.


An Order Confirming Plan was entered on December 12, 2018.   Debtors propose to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

● Debtors' Plan length shall be increased to 84 months from the confirmation date of December 12, 2018;

● Debtors' Plan shall provide a dividend to holders of Class 9 General Unsecured Claims equal to 100% of allowed claims.

In all other respects, the order Confirming Plan referred to above shall remain in full force and effect.


Respectfully submitted,

Joseph L. Grima & Associates, P.C.

DATED: July 14, 2021                              /s/ Joseph L. Grima                                        
                                                 JOSEPH L. GRIMA (P 44756)
sws                                              Attorney for Debtors
                                                 18232 Mack Ave.
                                                 Grosse Pointe Farms, MI 48236
                                                 (313) 417-8422
                                                 grimalaw@gmail.com